UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| FABIANA TORRES | § § |
| vs. | § § NO: MO:17-CV-00089-RAJ |
| LIBERTY MUTUAL INSURANCE COMPANY | § § § |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND**

After review Plaintiff Fabiana Torres's Unopposed Motion to Remand, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that this case is REMANDED to the County Court at Law of Midland County, Texas.

IT IS SO ORDERED.

SIGNED this the 18th day of May, 2017.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS